IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARMEISHA WILLIAMS, *et al.*,   ) | |
|                                    ) | |
|    Plaintiffs,      ) | |
|                                    ) | |
| v.                                 ) | CIVIL CASE NO. 1:25-cv-607-ECM |
|                                    ) | |
| ELBA CITY BOARD OF                 ) | |
| EDUCATION, *et al.*,               ) | |
|                                    ) | |
|    Defendants.      ) | |

**O R D E R**

On August 29, 2025, Defendants separately moved to dismiss Plaintiffs' original complaint. (Docs. 7, 9). After those motions were filed, Plaintiffs sought leave to file an amended complaint (doc. 26), and the parties submitted a joint motion to stay all briefing on the pending motions to dismiss in light of the motion to amend, (doc. 27). The Court granted Plaintiffs' motion for leave to amend, and Plaintiffs then filed their amended complaint. (*See* docs. 28, 29). The motions to dismiss and the motion to stay are therefore now moot. Accordingly, upon consideration of the motions, and for good cause, it is

ORDERED that the motions to dismiss (docs. 7, 9) and the motion to stay (doc. 27) are DENIED as moot.

DONE this 14th day of October, 2025.

                                           /s/ Emily C. Marks
                                           EMILY C. MARKS
                                           CHIEF UNITED STATES DISTRICT JUDGE